IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES CARON BUTLER, BEN GORDON, ANTHONY TOLLIVER, DERRICK WILLIMS, CARMELO ANTHONY, CHAUNCEY BILLUPS, BARON DAVIS, KEVIN DURANT, KAWHI LEONARD, STEPHEN NASH, LEON POWE, ANTHONY RANDOLPH, RAJON RONDO, SEBASTIAN TELFAIR, DERRICK WILLIAMS, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

Civil Action No
11-03352-PJS-SER

NATIONAL BASKETBALL ASSOCIATION, ATLANTA HAWKS, LP, BANNER SEVENTEEN LLC, BOBCATS BASKETBALL, LLC, CHICAGO PROFESSIONAL SPORTS LIMITED PARTNERSHIP, CAVALIERS OPERATING COMPANY, LLC, DALLAS BASKETBALL LIMITED, THE DENVER NUGGETS LIMITED PARTNERSHIP, DETROIT PISTONS BASKETBALL COMPANY, GOLDEN STATE WARRIORS, LLC, ROCKET BALL, LTD., PACERS BASKETBALL LLC, LAC BASKETBALL CLUB, INC., THE LOS ANGELES LAKERS, INC., HOOPS, L.P., MIAMI HEAT LIMITED PARTNERSHIP, MILWAUKEE BUCKS, INC., MINNESOTA TIMBERWOLVES BASKETBALL LIMITED PARTNERSHIP, NEW JERSEY BASKETBALL, LLC, NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, MADISON SQUARE GARDEN, L.P., THE PROFESSIONAL BASKETBALL CLUB, LLC, ORLANDO MAGIC, LTD., PHILADELPHIA 76ERS L.P., SUNS LEGACY PARTNERS, L.L.C., TRAIL BLAZERS, INC., SACRAMENTO KINGS LIMITED PARTNERSHIP, LP, SAN ANTONIO SPURS, L.L.C., MAPLE LEAF SPORTS & ENTERTAINMENT LTD., JAZZ BASKETBALL INVESTORS, INC., and WASHINGTON BULLETS, L.P.,

Defendants

ORDER OF DISMISSAL

Based upon the Stipulation of Dismissal Without Prejudice filed by the parties on December 9, 2011 [Civil Docket No. 16],

IT IS ORDERED that this action is dismissed without prejudice and without costs or disbursements to any party.

Dated: December 12, 2011

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge